FILED '07 APR 18 10:44USDC-OR

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF OREGON

| | |
|---|---|
| DEBBIE ORMES, | Civil No. 3:06-CV-900-HU |
| Plaintiff, | |
| vs. | ████████ ORDER ATTORNEY FEES |
| MICHAEL J. ASTRUE, Acting Commissioner of Social Security, | |
| Defendant | |

Based upon the stipulation of the parties, it is hereby ORDERED that attorney fees in the amount of $5,423.81 are awarded to Plaintiff's attorney, Merrill Schneider, pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412. There are no costs or expenses to be paid herein.

DATED this 18ᵗʰ day of April, 2007.

_____
UNITED STATES ~~MAGISTRATE~~ JUDGE
District

Presented by:

_____
s/ DAPHNE BANAY
Special Assistant United States Attorney
(206) 615-2113
of Attorneys for Defendant

ORDER - [3:06-CV-900-HU]